UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

United States of America,

                Plaintiff,

-against-

Krystal Stone,

                Defendant.
───────────────────────────────

7:17-MJ-2130(MRG)

J U D G M E N T

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on June 22, 2017 accepted the defendant's plea of guilty to 509.1 of the V.T.L., unlicensed Operation in full satisfaction of the Misdemeanor Complaint filed on March 24, 2017, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $50.00 to be paid by July 26, 2017.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: Sept 7, 2022
Poughkeepsie, N.Y.